# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02452-NYW-SBP

_____,

E-GATE HOLDING AG, a Swiss aktiengesellschaft,

    Plaintiff,

v.

WALKER MANUFACTURING COMPANY, a Colorado corporation; and FEDERICA SPANO, an individual,

    Defendants.

---

## ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

Effective December 1, 2015

_____X_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

DATED this 28th day of November, 2023.

/s/ Erik K. Schuessler
Erik K. Schuessler
Burns, Figa & Will, P.C.
6400 Fiddlers Creen Cir., Suite 1000
Greenwood Village, CO 80111
(303) 796-2626
**Counsel for Plaintiff, E-Gate Holding AG**

/s/ Charles W. Steese
Charles W. Steese
Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road, Suite 290
Scottsdale, AZ 85254
(480) 800-3537
**Counsel for Defendant, Walker Manufacturing Company**

/s/ Douglas N. Marsh
Douglas N. Marsh
Cambridge Law LLC
4610 South Ulster Street, Suite 150
Denver, CO 80237
(303) 488-3338
**Counsel for Defendant, Federica Spano**

**NOTE:** You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

Effective December 1, 2015